IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | No. C 05-0324 MJJ (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER VACATING OCTOBER 6, 2005 DEFAULT JUDGMENT HEARING** |
| SHEPARD EXPOSITION, | |
| Defendant(s). | |

The Court is in receipt of Plaintiff's Notice of Voluntary Dismissal, filed on September 7, 2005. Accordingly, the October 6, 2005 Hearing regarding Plaintiff's Motion for Default Judgment is hereby VACATED.

**IT IS SO ORDERED.**

Dated: September 9, 2005

MARIA-ELENA JAMES
United States Magistrate Judge