ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Sansome Street, Suite 600
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>SHEPARD EXPOSITION SVS INC., etc. <br><br>Defendant. | NO. C 05 0324 MJJ(MEJ) <br><br><u>NOTICE OF</u> <br><u>VOLUNTARY DISMISSAL</u> <br>Granted |

Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing on a Motion for Default Judgment set for October 6, 2005 at 10:00 a.m. in Courtroom B., 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:   September 7, 2005                    ERSKINE & TULLEY

By:   /s/ Michael J. Carroll
        Michael J. Carroll
        Attorneys for Plaintiff

<u>NOTICE OF VOLUNTARY DISMISSAL</u>

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Sansome Street, Suite 600, San Francisco, California 94104. On September 7, 2005 I served the within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

**Mr. Richard Delarber**
**Shepard Exposition Services, Inc.**
**1531 Carroll Drive NW**
**Atlanta, CA 30318**

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on September 7, 2005 at San Francisco, California.

/s/ Sharon Eastman

9/8/2005

[Seal: United States District Court, Northern District of California — Judge Martin J. Jenkins]